IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08-4025-01/02-CR-C-SOW |
| ) | |
| ARTHUR LEE RAINEY, JR., and ) | |
| THOMAS CORTEZ STEVENS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty (Doc. #61) from Magistrate Judge William A. Knox. Defendants Arthur Rainey and Thomas Stevens appeared before Magistrate Judge Knox on December 7, 2009, and entered a plea of guilty to Count I of the superseding indictment filed on March 11, 2009. Based upon the Report and Recommendation, it is hereby

ORDERED that defendant Arthur Rainey's plea of guilty is accepted and defendant Rainey is adjudged guilty. It is further

ORDERED that a presentence investigation report be prepared on defendant Arthur Rainey. It is further

ORDERED that defendant Thomas Stevens's plea of guilty is accepted and defendant Stevens is adjudged guilty. It is further

ORDERED that a presentence investigation report be prepared on defendant Thomas Stevens.

      /s/Scott O. Wright
      SCOTT O. WRIGHT
      Senior United States District Judge

DATED: 12/11/2009